JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH AMAYA-HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION;, and DOES 1 to 25, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23−cv−01061 RGK (KESx)<br><br>**ORDER OF DISMISSAL [26]**<br><br>Complaint Filed: November 18, 2022 |

　　　Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

　　　The parties further agreed that the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: September 20, 2023

　　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　　　　HON. GARY R. KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT